GIRARD GIBBS LLP
Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
Angelica M. Ornelas (SBN 285929)
amo@girardgibbs.com
Elizabeth A. Kramer (SBN 293129)
eak@girardgibbs.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel: 415-981-4800
Fax: 415-981-4846

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY H. SMITHSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:17-cv-07485-FMO (RAOx)<br><br>DISCOVERY MATTER<br><br>Honorable Rozella A. Oliver<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |

| | |
|---|---|
| 1 | The Court, having reviewed the Stipulation between Plaintiff Roy H. Smithson |
| 2 | and Defendant Jackson National Life Insurance Company requesting the entry of a |
| 3 | Stipulated Protective Order, filed on April 3, 2018, Doc. 77, approves the parties' |
| 4 | Stipulated Protective Order. |
| 5 | FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. |
| 7 | Dated: April 4, 2018 |

*/s/ Rozella A. Oliver*
HON. ROZELLA A. OLIVER
United States Magistrate Judge

---

1

[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER
Case No.: 2:17-cv-07485-FMO (RAOx)